# LANCASTER CO. v. MARIA L. CLARK.

[IN RE OPENING OF BROAD STREET.]

CERTIORARI TO THE COURT OF QUARTER SESSIONS OF LANCASTER COUNTY.

Submitted May 24, 1889—Decided October 7, 1889.

Before STERRETT, GREEN, CLARK, WILLIAMS, McCOLLUM and MITCHELL, JJ. ·

No. 83 July Term 1889, Supt. Ct.; court below, No. 21 April Term 1879, Q. S., and No. 56 August Term 1882, C. P.

This case was an award of damages to Maria L. Clark, caused by the opening of Broad street, in the city of Lancaster, followed by an issue and judgment in the Court of Common Pleas, certified back to the Court of Quarter Sessions, and rule granted therein. The contention arose upon substantially the same pleadings and the same facts, as in Lancaster Co. v. Frey and

Lancaster Co. v. Kendig, preceding this case, and the assignments of error were the same.

Mr. *George A. Lane*, County Solicitor, *Mr. A. F. Hostetter* and *Mr. W. F. Beyer*, for the plaintiff in error.

Mr. *A. S. Johns*, County Solicitor, *Mr. W. T. Brown*, City Solicitor, for the defendant in error.

OPINION, MR. JUSTICE CLARK:

For reasons given in our opinion filed in the matter of the assessment of damages to Jacob L. Frey, in the opening of First street in the city of Lancaster, [ante, p. 593,] the proceedings of the Court of Quarter Sessions

Are affirmed.